UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| BCD, LLC; ROSEN CAMPUS I, LLC; CR-MERC, LLC; AND ROSEN-WT MANAGEMENT, LLC, )<br><br>Plaintiffs,<br><br>vs.<br><br>BMW MANUFACTURING CO., LLC f/k/a BMW MANUFACTURING CORP.,<br><br>Defendant. | )<br>)<br>)<br>)  C/A No. 6:05-CV-2152-GRA<br>)<br>)  **AMENDMENT TO**<br>)  **ORDER ON DEFENDANT'S**<br>)   **MOTION TO CERTIFY**<br>)    **QUESTION**<br>)     (Written Opinion)<br>)<br>)<br>) |

On January 12, 2007, this Court filed an Order denying Defendant's Motion to Certify. An error appears on page 4 of that Order. In the first full paragraph on page 4, the first sentence reads as follows: "South Carolina law of tortious interference has never adopted the Stranger Doctrine, but has consistently provided protection to all third parties of a contract from the tort. *Ross v. Life Ins. Co.*, 273 S.C. 764, 766, 259 S.E.2d 814, 815 (1979)." The phrase "third parties" was erroneously included and should be deleted. The sentence should instead read: "South Carolina law of tortious interference has never adopted the Stranger Doctrine, but has consistently provided protection to all parties of a contract from the tort. *Ross v. Life Ins. Co.*, 273 S.C. 764, 766, 259 S.E.2d 814, 815 (1979)."

1

The Court hereby AMENDS the original Order on Defendant's Motion to Certify Question.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

January 16 , 2007

Anderson, South Carolina

2